**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CASTAGRA PRODUCTS, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>USROOFCOATERS, INC.,<br><br>       Defendant. | 3:24-cv-00173-MMD-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Monday, August 19, 2024.**

**IT IS SO ORDERED.**

DATED: July 29, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1